## SECOND DEPARTMENT, OCTOBER, 1967

### (October 3, 1967)

In the Matter of CONRAD B. LAYTON, Petitioner, v. JUSTICES OF THE SUPREME COURT, NASSAU COUNTY, Respondents.— Proceeding by petitioner, pursuant to CPLR article 78, to compel respondents to grant petitioner a hearing on a habeas corpus petition and for related relief. Application denied; petition dismissed, without costs. Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONRAD B. LAYTON, Relator, v. WARDEN OF NASSAU COUNTY JAIL, Respondent.— Application for a writ of habeas corpus and for related relief denied, on the ground that the application fails to comply with the provisions of the statute (CPLR 7002, 7003). Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.